# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

UNITED STATES OF AMERICA       §
                               §
v.                             §       CRIMINAL ACTION NO. 3:19-CR-0086-S
                               §
SHANIQUA HENDRIX (21)          §

### ORDER ADOPTING REPORT & RECOMMENDATION OF
### THE UNITED STATES MAGISTRATE JUDGE
### AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Amended Petition for Person Under Supervision [ECF No. 1317] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Shaniqua Hendrix's term of supervision. *See* Order [ECF No. 1326]. The Court has received the Report and Recommendation ("Recommendation") of the United States Magistrate Judge pursuant to its Order. *See* ECF No. 1332. Defendant waived her right to object to the Recommendation. *Id.* at 1. The Court is of the opinion that the Recommendation is correct.

It is, therefore, **ORDERED** that the Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant is sentenced to a term of **10 months** and **no additional** term of supervised release to follow.

**SO ORDERED.**

SIGNED June 9, 2026.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**